To Whom it May Concern:

J  J  is followed in my office due to history of gastroesophageal reflux disease. This disease requires visits to our office with follow up. He has flare ups at times and I have asked that a parent be home with him on days where his reflux is flaring up. When this occurs Jacoby requires 24 hour supervision. This is for our patient's safety and what is best for the management of his health at this time. If you have any questions please feel free to contact my office at the number provided.

Thank you,

Joseph Paxitzis, CPNP

Children's Medical Group
3800 Embassy Pkwy, St 260
Fairlawn, OH  44333
(330) 664-8120



DEFENDANT'S EXHIBIT

A